**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CASE NO. 4:22-CR-00106-01-LPR** |
| | ) | |
| **ALEX HARKENREADER** | ) | |

**MOTION TO DECLARE DEFENDANT INDIGENT FOR PURPOSES OF APPEAL AND FOR TRIAL COUNSEL TO BE APPOINTED FOR APPEAL**

COMES NOW the Defendant Alex Harkenreader by and through his trial counsel Michael Kiel Kaiser of Lassiter & Cassinelli, and for his motion to be declared indigent for purposes of appeal and for current counsel to be appointed for appeal, states:

1. Harkenreader retained Kaiser to represent him in at the trial level in the above-styled case. Harkenreader subsequently pleaded guilty to the one count charged, and this Court sentenced him to 120 months of imprisonment.

2. Harkenreader has exhausted all of his resources and is unable to pay for the costs associated with hiring an attorney to litigate a direct appeal in this matter. *See CJA23, attached as Exhibit A*. Harkenreader has been in continuous custody for more than 17 months and is currently generating no income.

3. Harkenreader requests that this Court declare him indigent for purposes of appeal and appoint current trial counsel to represent him in that appeal.

WHEREFORE the Defendant respectfully requests that this Court declare him indigent for purpose of appeal and appoint current counsel to represent him in his appeal in this matter.

    Respectfully submitted,

    LASSITER & CASSINELLI
    1218 W 6th Street
    Little Rock, AR 72201
    (501) 370-9300

    *Michael Kiel Kaiser*
    MICHAEL KIEL KAISER (AR2015001)

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 23, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to AUSA Lauren Eldridge.

    *Michael Kiel Kaiser*
    MICHAEL KIEL KAISER

CJA-23
(Rev 3/21)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

**IN THE UNITED STATES** ☑ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER *(Specify Below)*
**IN THE CASE OF**

| USA | v. | Alex Harkenreader |

FOR ____
AT ____

LOCATION NUMBER

**PERSON REPRESENTED** *(Show your full name)*
Alex Harkenreader

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)* ____

**DOCKET NUMBERS**
Magistrate Judge

District Court
4:22-cr-106-LPR

Court of Appeals

**CHARGE/OFFENSE** *(Describe if applicable & check box→)*  ☑ Felony  ☐ Misdemeanor
Felon in possession of a firearm

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Do you have a job? ☐ Yes ☑ No
IF YES, how much do you earn per month? ____
Will you still have a job after this arrest? ☐ Yes ☐ No ☑ Unknown

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ 22k | |
| Car/Truck/Vehicle | $ N/A | N/A |
| Boat | $ | |
| Stocks/bonds | $ | |
| Other property | $ | |

**CASH & BANK ACCOUNTS**
Do you have any cash, or money in savings or checking accounts? ☐ Yes ☐ No
IF YES, give the total approximate amount after monthly expenses $ ____

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? ____

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ | $ |
| Groceries | $ | $ |
| Medical expenses | $ | $ |
| Utilities | $ | $ |
| Credit cards | $ | $ |
| Car/Truck/Vehicle | $ N/A | $ N/A |
| Childcare | $ | $ |
| Child support | $ | $ |
| Insurance | $ | $ |
| Loans | $ | $ |
| Fines | $ | $ |
| Other | $ | $ 5,606 |

I certify under penalty of perjury that the foregoing is true and correct.

*[signed] Alex Harkenreader*          5-12-23
SIGNATURE OF DEFENDANT          Date
(OR PERSON SEEKING REPRESENTATION)